# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ASHLEY GRIFFIN  PLAINTIFF
ADC #755420

v.  CASE NO. 5:18-CV-00159 BSM

PAMELA HILL, et al.  DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 4] submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff Ashley Griffin's objections [Doc. No. 7] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Although Griffin appears to clarify in her objections that she was challenging the duration of her parole and not the length of her incarceration, her section 1983 claim is nonetheless precluded by *Heck v. Humphrey*, 512 U.S. 477 (1994). *See Allen v. Missouri Parole Bd.*, No. 4:17-CV-2253 JMB, 2017 WL 3531381, at *3 (E.D. Mo. Aug. 17, 2017) ("*Heck* applies to decisions concerning parole.") (citing *Schafer v. Moore*, 46 F.3d 43 (8th Cir. 1995)). Accordingly, Griffin's petition is dismissed without prejudice. She may reassert her claim if her sentence is later invalidated.

Dismissal of this action counts as a "strike" under 28 U.S.C. section 1915(g). Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 24th day of August 2018.

_____

UNITED STATES DISTRICT JUDGE